T. P.

AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Michael A. HAYNES<br>*Defendant* | )<br>)<br>) Case No.    2:23-mj-155<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of   12/07/2022   in the county of   Franklin   in the   Southern   District of   Ohio  , the defendant violated   21   U. S. C. §   841(b)  , an offense described as follows:

HAYNES knowingly and intentionally possessed with intent to distribute 50 grams or more of pure Methamphetamine, commonly referred to as "Crystal Meth", a Schedule II controlled substance in violation of Title 21 U.S.C. §§ 841(b)(1)(A).

This criminal complaint is based on these facts:
(See attached)

☑ Continued on the attached sheet.

                                                               *Complainant's signature* #4800

                                                               Jason Burns, ATF Special Agent
                                                               *Printed name and title*

Sworn to before me and signed in my presence.

                                                               Chelsey M. Vascura
Date:   3/9/2023                                    United States Magistrate Judge
                                                                *Judge's signature*

City and state:    Columbus, Ohio            Chelsey M. Vascura, U.S. Magistrate Judge
                                                                            *Printed name and title*

**PROBABLE CAUSE AFFIDAVIT**
**Michael A. HAYNES**

I, **Jason Burns**, being duly sworn, depose and state that:

I have been a Special Agent of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives since September 2005. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator School and a graduate of the ATF National Academy; and as a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws pertaining to Narcotics and Firearms violations.

1. On or about December 6, 2022, ATF Special Agent (S/A) # 6134, acting in an undercover capacity and hereinafter referred to as UC-1, was contacted by Michael A. HAYNES (FBI #: 133780FD1) at phone number (513) 202-4365 regarding HAYNES providing Methamphetamine to UC-1. UC-1 arranged for the purchase of approx. one (1) pound of Methamphetamine from HAYNES for the following day at an ATF Undercover Controlled Location (UCL), located in Columbus, OH.

2. On or about December 7, 2022, UC-1 and S/A # 6141, acting in undercover capacity and hereinafter referred to as UC-2, were provided with an amount of pre-recorded Government funds. At approx. 2:10 PM, HAYNES arrived at the ATF UCL. UC-1 purchased approx. 16.2 ounces of suspected Methamphetamine, aka Crystal Meth, from HAYNES for $3,200.00. UC-2 provided HAYNES with an additional $50.00 in pre-recorded Government funds for the purpose of a delivery fee on the behalf of UC-1 and UC-2. HAYNES took possession of the $3,250.00 in Government funds and left the UCL.

3. On this same date, ATF S/A's J. Burns and S. Messner transported the evidence to the ATF – Columbus Field Office. The suspected Methamphetamine and packaging weighed approx. 457 grams, and field tested positive for Methamphetamine. The suspected Methamphetamine was entered into evidence as Item #4. This transaction was audio and video recorded, and a recording (DVD's) was entered into evidence as Item #E-5.

4. On or about February 3, 2023, testing was completed on Item #4 by the DEA – North Central Laboratory in Chicago, IL. Item #4 was determined to be Methamphetamine Hydrochloride, with a purity of 99% (+/- 6 %), and an amount of pure substance weighing 444.7 grams (+/- 27.2 grams).

5. This violation occurred in the city of Columbus, Franklin County, Ohio, in the Southern Judicial District of Ohio.

1

**PROBABLE CAUSE AFFIDAVIT**
**Michael A. HAYNES**

6. Based on this information, your affiant believes probable cause exists that HAYNES knowingly and intentionally possessed with intent to distribute 50 grams or more of pure Methamphetamine, commonly known as "Crystal Meth," a Schedule II controlled substance in violation of Title 21 U.S.C. §§ 841(b)(1)(A).

_Jason R. Burns_
**Jason R. Burns**
**Special Agent, ATF**

Sworn to and subscribed before me this __9th__ day of March 2023 in Columbus, Ohio.

_Chelsey M. Vascura_
**Chelsey M. Vascura**
**U.S. Magistrate Judge**